**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **UNDER SEAL** |
| **vs.** | ) | No. CR 406-148 |
| | ) | |
| **D.D., Juvenile Male,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 24th day of August, 2006.

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ATTEST: A TRUE COPY
Certified to _____

_____
Deputy Clerk

USA                                 )
                                    )
          Plaintiff                 )
                                    )
vs.                                 )      CASE NUMBER :     CR606-003-01
                                    )
Orlejandro Mark Smalls              )
                                    )
          Defendant                 )

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that _____ Felicia Dixon _____

has deposited with the Court the sum of $ ____5000.00____ under F.R.Cv.P. 67. The money,

designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account

in accordance with the general order of this Court, entered September 23, 1983.

DONE this __24th__ day of _____August_____ , ____2006____ , by Order of this Court.


SCOTT L. POFF , CLERK


By : _____
                Deputy Clerk


(Rev. 9/02)